# UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:

| | | |
|---|---|---|
| **JILL MARIE KRYSTOFINSKI** | ) | Chapter 13 |
| | ) | |
| **Debtor** | ) | No. 16-18534 |

## CERTIFICATE OF NO ANSWER OR OBJECTION REGARDING THE DEBTOR'S MOTION TO MODIFY HER CHAPTER 13 PLAN POST-CONFIRMATION

I, THOMAS L. LIGHTNER, Esquire, attorney for the above Debtor, do hereby certify that I have received no responsive pleading, and have checked the docket and no responsive pleading has been filed to the Debtor's Motion to Modify her Chapter 13 Plan Post-Confirmation.  I further certify that the same was served together with the Amended Notice of Hearing on the Motion by first class mail or electronic mail on or about December 13, 2017, to the Debtor, all creditors, the Chapter 13 Trustee and the U.S. Trustee and parties in interest.

Date:  January 2, 2018      /s/Thomas L. Lightner
THOMAS L. LIGHTNER, Esquire
Attorney ID #65841
Attorney for Debtor