UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:

| | | |
|---|---|---|
| **JILL MARIE KRYSTOFINSKI** | ) | Chapter 13 |
| | ) | |
| Debtor | ) | No. 16-18534 |

## ORDER

AND NOW, upon consideration of the Debtor's Motion to Modify Chapter 13 Plan Post-Confirmation, it is hereby ORDERED and DECREED that:

The Debtor is granted permission to Modify Chapter 13 Plan to provide for the following:

(a)  cure the post-petition mortgage arrearage to Wells Fargo Bank, N.A.;

(b)  cure the post-petition arrearage to Toyota Motor Credit Corporation;

(c)  change the monthly Plan payment amount from $811.45 to $836.55, for the remaining months of the Plan;

(d)  change the Plan duration from 46 months to 60 months; and

(e)  provide for counsel fees in the sum of $1,000.00 in connection with the settlement of the two (2) stay relief motions and the filing of the within motion.

IT IS FURTHER ORDERED that Debtor's First Amended Chapter 13 Plan Post-Petition, attached as Exhibit A to Debtor's Motion to Modify Plan, is hereby approved.

BY THE COURT:

**Date: January 9, 2018**

_____
The Honorable Jean FitzSimon, J.

Copies to:
Thomas L. Lightner, Esquire
Lightner Law Offices, P.C.
4652 Hamilton Blvd.
Allentown, PA 18103

Jill M. Krystofinski
5281 Downs Run
Pipersville, PA 18947-1137

Frederick L. Reigle, Esquire
Standing Chapter 13 Trustee
PO Box 4010
Reading, PA 19606

U.S. Trustee's Office
833 Chestnut St., Suite 500
Philadelphia, PA 19107