United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 16-18534-jkf
Jill Marie Krystofinski                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: ChrissyW              Page 1 of 1              Date Rcvd: Jan 09, 2018
                               Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2018.
db             +Jill Marie Krystofinski,    5281 Downs Run,    Pipersville, PA 18947-1137

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2018 at the address(es) listed below:
              AMANDA LAUREN KURECIAN    on behalf of Debtor Jill Marie Krystofinski tlightner@lightnerlaw.com,
               r50447@notify.bestcase.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JILL MANUEL-COUGHLIN    on behalf of Creditor    Wells Fargo Bank, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              MARIO J. HANYON    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              THOMAS L. LIGHTNER    on behalf of Debtor Jill Marie Krystofinski tlightner@lightnerlaw.com,
               sbennett@lightnerlaw.com;r50447@notify.bestcase.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 10

UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:

| | | |
|---|---|---|
| JILL MARIE KRYSTOFINSKI | ) | Chapter 13 |
| | ) | |
| Debtor | ) | No. 16-18534 |

### ORDER

AND NOW, upon consideration of the Debtor's Motion to Modify Chapter 13 Plan Post-Confirmation, it is hereby ORDERED and DECREED that:

The Debtor is granted permission to Modify Chapter 13 Plan to provide for the following:

(a)   cure the post-petition mortgage arrearage to Wells Fargo Bank, N.A.;

(b)   cure the post-petition arrearage to Toyota Motor Credit Corporation;

(c)   change the monthly Plan payment amount from $811.45 to $836.55, for the remaining months of the Plan;

(d)   change the Plan duration from 46 months to 60 months; and

(e)   provide for counsel fees in the sum of $1,000.00 in connection with the settlement of the two (2) stay relief motions and the filing of the within motion.

IT IS FURTHER ORDERED that Debtor's First Amended Chapter 13 Plan Post-Petition, attached as Exhibit A to Debtor's Motion to Modify Plan, is hereby approved.

BY THE COURT:

_____
The Honorable Jean FitzSimon, J.

**Date: January 9, 2018**

Copies to:
Thomas L. Lightner, Esquire
Lightner Law Offices, P.C.
4652 Hamilton Blvd.
Allentown, PA 18103

Frederick L. Reigle, Esquire
Standing Chapter 13 Trustee
PO Box 4010
Reading, PA  19606

Jill M. Krystofinski
5281 Downs Run
Pipersville, PA 18947-1137

U.S. Trustee's Office
833 Chestnut St., Suite 500
Philadelphia, PA 19107