# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jill Marie Krystofinski a/k/a Jill M. Krystofinski <br> <u>Debtor</u> <br><br> Toyota Motor Credit Corporation <br> <u>Movant</u> <br> vs. <br><br> Jill Marie Krystofinski a/k/a Jill M. Krystofinski <br> <u>Debtor</u> <br><br> Frederick L. Reigle Esq. <br> <u>Trustee</u> | CHAPTER 13 <br> BK NO: 16-18534 JKF |

## ORDER GRANTING EXTENSION

Upon consideration of Movant's Motion requesting extension, it is hereby;

ORDERED that the deadline to file the Stipulation be extended to January 25, 2018

By the court:

Dated: January 16, 2018

_____
United States Bankruptcy Judge