UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
2/7/18

To: THOMAS L. LIGHTNER
Lightner Law Offices, P.C.
4652 Hamilton Blvd.
Allentown, PA 18103

                                    In re: Jill Marie Krystofinski
                                    Bankruptcy No. 16-18534-jkf
                                    Adversary No.
                                    Chapter 13

Re: Supplemental Application for Compensation

The above pleading was filed in this office on **1/3/18.** Please be advised that the following document(s) has (have) not been filed as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court:

    ( )    Affidavit
    ( )    Certificate of Service
    (xx)   Certification of no response
    ( )    Notice pursuant to Rule 9019
    ( )    Notice pursuant to Rule 2002
    ( )    Notice pursuant to Rule 3007.1
    ( )    Proof of Claim number not noted on objection pursuant to Rule 3007.1(a)
    ( )    Proposed Order
    ( )    Stipulation
    ( )    Certification of Default
    ( )    $30.00 Filing Fee for Amendments
    ( )    $25.00 Claims Transfer Fee
    ( )    Other

In order for this matter to proceed to disposition, please submit the above noted item(s) to this office within ten (10) days from the date of this notice. Otherwise, the matter will be referred to the Court.

                                      Timothy B. McGrath
                                      Clerk

                                      By: ____C. Wagner_____
                                             Deputy Clerk

status.frm
(rev. 4/26/13)