**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  JILL MARIE KRYSTOFINSKI  :   CHAPTER 13
                                           :
       DEBTOR  :   16-18534-SR

**CERTIFICATE OF NO ANSWER OR OBJECTION REGARDING THE SUPPLEMENTAL**
**APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

NOW, this the 8th day of February, 2018, Thomas L. Lightner, Esquire, Attorney for

Debtor, in the above-captioned bankruptcy proceeding, certifies as follows:

1.  On January 3, 2018, he filed a Supplemental Application for Compensation and
    Reimbursement of Expenses, as Attorney for the Debtor.

2.  Notice was served on the Office of the Standing Chapter 13 Trustee and the U.S.
    Trustee and all parties in interest as previously certified on January 3, 2018.

3.  To date, he has received no answer or objection to the Supplemental Application
    for Compensation and Reimbursement of Expenses.

**WHEREFORE,** Thomas L. Lightner, Esquire, Attorney for Debtor, requests this

Honorable Court enter the Order which was attached to the Application.

Date:  February 8, 2018                               LIGHTNER LAW OFFICES, PC

                                       BY:   /s/ Thomas L. Lightner, Esquire
                                                Thomas L. Lightner, ESQUIRE
                                                Counsel for Debtor
                                                #312011
                                                4652 Hamilton Blvd.
                                                Allentown, PA  18103
                                                (610) 530-9300 – phone
                                                (610) 530-9310 – fax