# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  JILL MARIE KRYSTOFINSKI   :   CHAPTER 13
:
DEBTOR   :   16-18534-SR

### ORDER APPROVING SUPPLEMENTAL COMPENSATION TO COUNSEL FOR DEBTOR

**AND NOW**, this 10th day of February, 2018, for upon consideration of the Application by Debtor's Chapter 13 Counsel Pursuant to Local Bankruptcy Rule 2016.2 for supplemental compensation for services consisting of the following: review of debtor's current income and expenses; communications with the debtor; preparation and filing two answers to stay relief motions; and preparation and filing of a Motion to Modify Plan Post-Confirmation and related documents,

**AND** in the absence of any objection to the Application and for good cause existing for the approval thereof,

**IT IS HEREBY ORDERED AND DECREED**, that the supplemental compensation charged by the counsel for the Debtor, Thomas L. Lightner, Esquire, in the amount of ONE THOUSAND and xx/100 Dollars ($1,000.00), is hereby approved and may be paid by the Chapter 13 Trustee consistent with the terms of the Debtor's amended chapter 13 plan.

BY THE COURT:

_____
HONORABLE JEAN K. FITZSIMON