United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-18534-jkf
Jill Marie Krystofinski                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: ChrissyW          Page 1 of 1           Date Rcvd: Feb 12, 2018
                            Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2018.
db            +Jill Marie Krystofinski,   5281 Downs Run,   Pipersville, PA 18947-1137

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2018 at the address(es) listed below:
      AMANDA LAUREN KURECIAN    on behalf of Debtor Jill Marie Krystofinski tlightner@lightnerlaw.com, r50447@notify.bestcase.com
      FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
      FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
      JILL MANUEL-COUGHLIN    on behalf of Creditor   Wells Fargo Bank, N.A. jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
      KEVIN G. MCDONALD    on behalf of Creditor   Toyota Motor Credit Corporation KMcDonald@blankrome.com
      MARIO J. HANYON    on behalf of Creditor   Wells Fargo Bank, N.A. paeb@fedphe.com
      POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
      REBECCA ANN SOLARZ    on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
      THOMAS L. LIGHTNER    on behalf of Debtor Jill Marie Krystofinski tlightner@lightnerlaw.com, sbennett@lightnerlaw.com;r50447@notify.bestcase.com
      THOMAS YOUNG.HAE SONG    on behalf of Creditor   Wells Fargo Bank, N.A. paeb@fedphe.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                               TOTAL: 11

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  JILL MARIE KRYSTOFINSKI    :    CHAPTER 13
                                  :
        DEBTOR                    :    16-18534-SR

### ORDER APPROVING SUPPLEMENTAL COMPENSATION TO COUNSEL FOR DEBTOR

**AND NOW**, this 10th day of February, 2018, for upon consideration of the Application by Debtor's Chapter 13 Counsel Pursuant to Local Bankruptcy Rule 2016.2 for supplemental compensation for services consisting of the following: review of debtor's current income and expenses; communications with the debtor; preparation and filing two answers to stay relief motions; and preparation and filing of a Motion to Modify Plan Post-Confirmation and related documents,

**AND** in the absence of any objection to the Application and for good cause existing for the approval thereof,

**IT IS HEREBY ORDERED AND DECREED**, that the supplemental compensation charged by the counsel for the Debtor, Thomas L. Lightner, Esquire, in the amount of ONE THOUSAND and xx/100 Dollars ($1,000.00), is hereby approved and may be paid by the Chapter 13 Trustee consistent with the terms of the Debtor's amended chapter 13 plan.

BY THE COURT:

_____
HONORABLE JEAN K. FITZSIMON