*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Jill Marie Krystofinski
    Debtor(s)

Case No: 16–18534–jkf
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Jean K. FitzSimon, United States Bankruptcy Judge to consider:

Certification of Default of Stipulation Filed by JILL MANUEL–COUGHLIN on behalf of Wells Fargo Bank, N.A. and Objection to Certification.

    on: 3/28/18

    at: 09:30 AM

    in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 3/12/18

Timothy B. McGrath
Clerk of Court

75 – 73, 74
Form 167