United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-18534-jkf
Jill Marie Krystofinski                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: Joan              Page 1 of 1           Date Rcvd: Mar 12, 2018
                               Form ID: 167            Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2018.
db            +Jill Marie Krystofinski,    5281 Downs Run,    Pipersville, PA 18947-1137
13846611      +Wells Fargo Bank, N.A.,    c/o MARIO J. HANYON,    Phelan Hallinan & Schmieg,
               1617 John F. Kennedy Boulevard,    Suite 1400,    Philadelphia, PA 19103-1814
13862116       Wells Fargo Bank, N.A.,    Default Document Processing,    MAC# N9286-01Y,
               1000 Blue Gentian Road,    Eagan, MN, 55121-7700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/PDF: gecsedi@recoverycorp.com Mar 13 2018 02:05:32      Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13875043*      Wells Fargo Bank, N.A.,    Default Document Processing,    MAC# N9286-01Y,
               1000 Blue Gentian Road,    Eagan MN 55121-7700
                                                                                  TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2018 at the address(es) listed below:
              AMANDA LAUREN KURECIAN    on behalf of Debtor Jill Marie Krystofinski tlightner@lightnerlaw.com,
               r50447@notify.bestcase.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              FREDERICK L. REIGLE     ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    Wells Fargo Bank, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
               KMcDonald@blankrome.com
              MARIO J. HANYON    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              THOMAS L. LIGHTNER    on behalf of Debtor Jill Marie Krystofinski tlightner@lightnerlaw.com,
               sbennett@lightnerlaw.com;r50447@notify.bestcase.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Jill Marie Krystofinski
    Debtor(s)                      Case No: 16−18534−jkf
                                              Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Jean K. FitzSimon , United States Bankruptcy Judge to consider:

Certification of Default of Stipulation Filed by JILL MANUEL−COUGHLIN on behalf of Wells Fargo Bank, N.A. and Objection to Certification.

on: 3/28/18

at: 09:30 AM

in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 3/12/18

Timothy B. McGrath
Clerk of Court

75 − 73, 74
Form 167