United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jill Marie Krystofinski  
    Debtor

Case No. 16-18534-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: Apr 02, 2018  
                     Form ID: trc       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2018.  
13875043      Wells Fargo Bank, N.A.,   Default Document Processing,   MAC# N9286-01Y,  
         1000 Blue Gentian Road,   Eagan MN 55121-7700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                            TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2018                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2018 at the address(es) listed below:

        AMANDA LAUREN KURECIAN   on behalf of Debtor Jill Marie Krystofinski tlightner@lightnerlaw.com, r50447@notify.bestcase.com  
        FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        FREDERICK L. REIGLE   ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        JILL MANUEL-COUGHLIN   on behalf of Creditor   Wells Fargo Bank, N.A. jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com  
        KEVIN G. MCDONALD   on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  
        MARIO J. HANYON   on behalf of Creditor   Wells Fargo Bank, N.A. paeb@fedphe.com  
        POLLY A. LANGDON   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        REBECCA ANN SOLARZ   on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  
        THOMAS L. LIGHTNER   on behalf of Debtor Jill Marie Krystofinski tlightner@lightnerlaw.com, sbennett@lightnerlaw.com;lightnertr50447@notify.bestcase.com  
        THOMAS YOUNG.HAE SONG   on behalf of Creditor   Wells Fargo Bank, N.A. paeb@fedphe.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                          TOTAL: 11

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-18534-jkf
Chapter 13

In re: Debtor(s) (including Name and Address)

Jill Marie Krystofinski
5281 Downs Run
Pipersville PA 18947

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/30/2018.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 3: Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-7700 | Specialized Loan Servicing LLC<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, Colorado 80129 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    04/04/18

Tim McGrath
**CLERK OF THE COURT**