**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Jill Marie Krystofinski, aka Jill M. Krystofinski<br>　　　　　　　　　　　　　　Debtor | 16-18534 JKF<br><br>Chapter 13 Proceeding |
| WELLS FARGO BANK, N.A.<br>　　　　　　　　　　　　　　Movant<br>v.<br>Jill Marie Krystofinski, aka Jill M. Krystofinski<br>Joseph Krystofinski (CoDebtor) and<br>William C. Miller, Esquire<br>　　　　　　　　　　　　　　Respondents | |

**ORDER**

AND NOW, this       day of           , 2018, it is hereby ORDERED AND DECREED that the automatic stay of 11 U.S.C. §362(a) and the CoDebtor Stay of §1301 are hereby modified to permit, WELLS FARGO BANK, N.A. and/or its successors and assigns to proceed with foreclosure on the property located at 5281 Downs Run, Pipersville, PA and obtain all other Relief available under the Non-Bankruptcy law.

Upon the order being granted and entered, WELLS FARGO BANK, N.A. shall have the continuing authority to contact the Debtor directly to determine intent regarding the property and/or to verify vacancy of the home.

It is further ORDERED AND DECREED, that relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

It is further ORDERED AND DECREED, that Bankruptcy Rule 4001(a)(3) is not applicable and Movant is allowed to immediately proceed with foreclosure and all other relief available under the Non-Bankruptcy law.

　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge
　　　　　　　　　　　　　　　　　　Jean K. FitzSimon

Interested Parties:
Harry B. Reese
Attorney for Movant

Amanda Lauren Kurecian, Esquire
Attorney for Debtor

Jill Marie Krystofinski
Joseph Krystofinski
Debtor and CoDebtor

William C. Miller, Esquire
Trustee