IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
JILL MARIE KRYSTOFINSKI
A/K/A JILL M. KRYSTOFINSKI
JOSEPH F. KRYSTOFINSKI (NON-FILING CO-DEBTOR)
Debtors

CHAPTER 13

BK. No. 16-18534 JKF

## ORDER

AND NOW, this 18th day of October, 2018, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved. xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx; The Stipulation is between Specialized Loan Servicing, LLC and the Debtors.

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____
JEAN K. FITZSIMON,
**Bankruptcy Judge**

WILLIAM MILLER*R, ESQUIRE (TRUSTEE)
2901 ST. LAWRENCE AVENUE, SUITE 100
READING, PA 19606

AMANDA LAUREN KURECIAN, ESQUIRE
LIGHTNER LAW OFFICE
4652 HAMILTON BLVD.
ALLENTOWN, PA 18103

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107

JILL MARIE KRYSTOFINSKI
A/K/A JILL M. KRYSTOFINSKI
5281 DOWNS RUN
PIPERSVILLE, PA 18947