United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-18534-jkf
Jill Marie Krystofinski                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: ChrissyW              Page 1 of 1              Date Rcvd: Oct 18, 2018
                         Form ID: pdf900              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2018.
db             #+Jill Marie Krystofinski,    5281 Downs Run,    Pipersville, PA 18947-1137

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2018                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2018 at the address(es) listed below:
        AMANDA LAUREN KURECIAN    on behalf of Debtor Jill Marie Krystofinski tlightner@lightnerlaw.com,
         r50447@notify.bestcase.com
        FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
         ecf_frpa@trustee13.com
        HARRY B. REESE    on behalf of Creditor    Wells Fargo Bank, N.A. harry.reese@pkallc.com,
         chris.amann@pkallc.com;nick.bracey@pkallc.com;jill@pkallc.com;samantha.gonzalez@pkallc.com;mary.r
         aynor-paul@pkallc.com;amanda.rauer@pkallc.com
        JEROME B. BLANK    on behalf of Creditor    Specialized Loan Servicing LLC paeb@fedphe.com
        JILL MANUEL-COUGHLIN    on behalf of Creditor    Wells Fargo Bank, N.A. jill@pkallc.com,
         chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
         ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
        KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
         bkgroup@kmllawgroup.com
        MARIO J. HANYON    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
        POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
         ecf_frpa@trustee13.com
        REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
         bkgroup@kmllawgroup.com
        THOMAS L. LIGHTNER    on behalf of Debtor Jill Marie Krystofinski tlightner@lightnerlaw.com,
         sbennett@lightnerlaw.com;lightnertr50447@notify.bestcase.com
        THOMAS YOUNG.HAE SONG    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM MILLER*R    ecfemail@FredReigleCh13.com,    ECF_FRPA@Trustee13.com
                                                                                         TOTAL: 13

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
JILL MARIE KRYSTOFINSKI
A/K/A JILL M. KRYSTOFINSKI
JOSEPH F. KRYSTOFINSKI (NON-FILING CO-DEBTOR)

Debtors

CHAPTER 13

BK. No. 16-18534 JKF

## ORDER

AND NOW, this 18th day of October, 2018, it is hereby ORDERED that the corresponding Stipulation is hereby approved, ~~shall be, and is hereby made an Order of this Court; and it is further~~; The Stipulation is between Specialized Loan Servicing, LLC and the Debtors.

ORDERED that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

JEAN K. FITZSIMON,
Bankruptcy Judge

WILLIAM MILLER*R, ESQUIRE (TRUSTEE)
2901 ST. LAWRENCE AVENUE, SUITE 100
READING, PA 19606

AMANDA LAUREN KURECIAN, ESQUIRE
LIGHTNER LAW OFFICE
4652 HAMILTON BLVD.
ALLENTOWN, PA 18103

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107

JILL MARIE KRYSTOFINSKI
A/K/A JILL M. KRYSTOFINSKI
5281 DOWNS RUN
PIPERSVILLE, PA 18947