UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                          :

JILL MARIE KRYSTOFINSKI

                                    : Bankruptcy No. 16-18534JKF
Debtor(s)            : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

_____
Jean K. FitzSimon, B. J.

**Date: December 19, 2018**

Interested parties:

Polly A. Langdon, Esq.
William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

AMANDA LAUREN KURECIAN ESQ
LIGHTNER LAW OFFICE
4652 HAMILTON BLVD
ALLENTOWN PA 18103-

JILL MARIE KRYSTOFINSKI
5281 DOWNS RUN
PIPERSVILLE,PA.18947