United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                        Case No. 16-18534-jkf
Jill Marie Krystofinski                                                       Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 2          Date Rcvd: Dec 19, 2018
                             Form ID: pdf900           Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2018.
db             #+Jill Marie Krystofinski,   5281 Downs Run,   Pipersville, PA 18947-1137
cr              +Specialized Loan Servicing LLC,   8742 Lucent Blvd Suite 300,   Highlands Ranch, CO 80129-2386
13933917        +Amanda L. Kurecian, Esquire,   Lightner Law Offices, P.C.,   4652 Hamilton Blvd.,
                  Allentown, PA 18103-6021
13873213        +Honorable Albert J. Augustine,   Mag. Dist. No. 38-1-24,   840 Harleysville Pike,   Suite 2-3,
                  Harleysville, PA 19438-1028
13834935         Lexus Financial Services,   Toyota Financial Services,   P.O. Box 4102,
                  Carol Stream, IL 60197-4102
13873212         Moyer Indoor/Outdoor - Credit Dept.,   c/o Darlene O'Kane - Credit Mgr.,   PO Box 64198,
                  Souderton, PA 18964
14082630        +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
                  Highlands Ranch, Colorado 80129-2386
14035899        +Thomas L. Lightner, Esquire,   Lightner Law Offices, P.C.,   4652 Hamilton Blvd.,
                  Allentown, PA 18103-6021
13842556        +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
13846611        +Wells Fargo Bank, N.A,   c/o MARIO J. HANYON,   Phelan Hallinan & Schmieg,
                  1617 John F. Kennedy Boulevard,   Suite 1400,   Philadelphia, PA 19103-1814
13862116         Wells Fargo Bank, N.A.,   Default Document Processing,   MAC# N9286-01Y,
                  1000 Blue Gentian Road,   Eagan, MN, 55121-7700


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Dec 20 2018 02:45:24     City of Philadelphia,
                  City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 20 2018 02:44:53
                  Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 20 2018 02:45:10     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Dec 20 2018 02:50:30     Synchrony Bank,
                  c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
13899928        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 20 2018 02:50:35
                  American InfoSource LP as agent for,   Verizon,   PO Box 248838,
                  Oklahoma City, OK  73124-8838
13922032       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 20 2018 02:50:47     Directv, LLC,
                  by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
13854904        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 20 2018 02:50:33
                  LVNV Funding, LLC its successors and assigns as,   assignee of New Century Financial,
                  Services Inc.,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13869668       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 20 2018 02:50:32
                  PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                            TOTAL: 8


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13875043*      Wells Fargo Bank, N.A.,   Default Document Processing,   MAC# N9286-01Y,
                  1000 Blue Gentian Road,   Eagan MN 55121-7700
                                                                          TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2018                          Signature:  /s/Joseph Speetjens

District/off: 0313-2          User: Antoinett          Page 2 of 2          Date Rcvd: Dec 19, 2018
                             Form ID: pdf900          Total Noticed: 19

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2018 at the address(es) listed below:

AMANDA LAUREN KURECIAN    on behalf of Debtor Jill Marie Krystofinski tlightner@lightnerlaw.com,
  r50447@notify.bestcase.com
FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
  ecf_frpa@trustee13.com
HARRY B. REESE    on behalf of Creditor    Wells Fargo Bank, N.A. harry.reese@pkallc.com,
  chris.amann@pkallc.com;nick.bracey@pkallc.com;jill@pkallc.com;samantha.gonzalez@pkallc.com;mary.r
  aynor-paul@pkallc.com;amanda.rauer@pkallc.com
JEROME B. BLANK    on behalf of Creditor    Specialized Loan Servicing LLC paeb@fedphe.com
JILL  MANUEL-COUGHLIN    on behalf of Creditor    Wells Fargo Bank, N.A. jill@pkallc.com,
  chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
  ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
  bkgroup@kmllawgroup.com
MARIO J. HANYON    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
  ecf_frpa@trustee13.com
REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
  bkgroup@kmllawgroup.com
THOMAS L. LIGHTNER    on behalf of Debtor Jill Marie Krystofinski tlightner@lightnerlaw.com,
  sbennett@lightnerlaw.com;lightnertr50447@notify.bestcase.com
THOMAS YOUNG.HAE SONG    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
WILLIAM  MILLER*R    ecfmail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com
WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
  ECF_FRPA@Trustee13.com
                                                                              TOTAL: 14

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

JILL MARIE KRYSTOFINSKI

                                         : Bankruptcy No. 16-18534JKF
          Debtor(s)                      : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: December 19, 2018**

_____
Jean K. FitzSimon, B. J.

Interested parties:

Polly A. Langdon, Esq.
William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

AMANDA LAUREN KURECIAN ESQ
LIGHTNER LAW OFFICE
4652 HAMILTON BLVD
ALLENTOWN PA 18103-

JILL MARIE KRYSTOFINSKI
5281 DOWNS RUN
PIPERSVILLE,PA.18947